```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:                                          CASE NO. 23-00846-ESL
ANGEL LUIS HERNANDEZ DIAZ
MARIA CRISTINA LOPEZ SANTIAGO                   CHAPTER 13
DEBTOR (S)

                      NOTICE OF CONTINUANCE OF
                      341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed May 10, 2023 at 8:00 am has been continued to

Wed May 10, 2023 at 8:00 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: pnh-daib-cdf

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: pnh-daib-cdf

**By Phone Please Dial: +1 787-333-6333**, Access Code: 2540903294146

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Monday, April 3, 2023.

I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.

                            /s/ Jose R. Carrion
                            Office of Jose R. Carrion
                            Chapter 13 Trustee
                            PO Box 9023884, Old San Juan Station
                            San Juan, PR  00902-3884
                            Tel. (787) 977-3535 / Fax. (787) 977-3551

| | |
|---|---|
| 23-00846-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| COOP A/C ADJUNTAS<br>PO BOX 5<br>ADJUNTAS, PR  00601-0005 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936 |
| ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR  00919-5115 | FIRST BANK<br>PO BOX 11856<br>SAN JUAN, PR  00910-3856 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | CARICO INTERNATIONAL<br>BANKRUPTCY DEPT.<br>2851 W CYPRESS CREEK RD<br>FORT LAUDERDALE, FL  33309 |
| SYNCHRONY BANK<br>C/O OF PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS,, SD  57117-6497 |
| SYNCB/SAMS CLUB DC<br>PO BOX 965005<br>ORLANDO,, FL  32896-5005 | ANGEL LUIS HERNANDEZ DIAZ<br>PO BOX 245<br>AGUAS BUENAS, PR  00703 |
| DATED: April 03, 2023 | CAROLINE MARTINEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |